
20220907142549

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: LETTER, NOTICE, WAIVER OF THE SERVICE OF SUMMONS, DISCLOSURE STATEMENT, COMPLAINT
EFFECTED (1) BY ME: ROBERT WAGNER
TITLE: PROCESS SERVER
DATE: 9/8/2022 1:03:48 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

SCHUYLKILL COUNTY

Place where served:

401 NORTH SECOND STREET  POTTSVILLE  PA  17901

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

GLENN ROTH JR.

Relationship to defendant **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 9/9/2022

SIGNATURE OF ROBERT WAGNER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ARTHUR L. BUGAY, ESQ.
PLAINTIFF: JASON ASHFIELD
DEFENDANT: SCHUYLKILL COUNTY, ET AL
VENUE: DISTRICT
DOCKET: 1 22 CV 01369 SES
COMMENT: