# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ASHFIELD<br>　　　　Plaintiff,<br>vs.<br>SCHUYLKILL COUNTY, et al<br>　　　　Defendants | CIVIL ACTION NO. 1:22-cv-01369<br><br>(Magistrate Susan Schwab) |

## PLAINTIFF'S RESPONSE TO THIS HONORABLE COURT'S RULE TO SHOW CAUSE

Plaintiff, by and through his counsel, hereby states that:

1. Plaintiff commenced his legal action by complaint and timely served all defendants a copy of plaintiff's complaint with the issued summons for each defendant.

2. Defendants were properly served; and returns of service have been filed of record. They are docketed.

3. Plaintiff does not have an entry of appearance from defendants.

4. Plaintiff is initiating default process against defendants; but, Plaintiff anticipates that the defendants will enter appearances and affirmatively defend this action.

Respectfully submitted,

WILLIAMS CEDAR LLC

BY: *Arthur Bugay*
ARTHUR L. BUGAY, ESQUIRE
One South Broad Street, Suite 1510
Philadelphia, PA 19107
(215) 557-0099/(445) 888-5296 (cell)
abugay@williamscedar.com