# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ASHFIELD, | : | Civil No. 1:22-CV-01369 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| SCHUYLKILL COUNTY, *et al.*, | : | |
| Defendants. | : | |

# ORDER
June 9, 2023

On September 4, 2022, the plaintiff, Jason Ashfield ("Ashfield"), commenced this case by filing a complaint. *Doc. 1*. On September 6, 2022, the summons was issued as to all defendants and provided to Ashfield and his attorney. *Doc. 2*. But when nothing else was filed, on January 13, 2023, we issued an order to show cause why this action should not be dismissed. *Doc. 3*. On January 17, 2023, Ashfield filed affidavits of service of the complaint. *Doc. 4–8*. And on February 9, 2023, Ashfield filed a response asserting that he "is initiating default process against defendants." *Doc. 9*. But Ashfield has neither initiated default process against the defendants nor prosecuted the action in any other way. *See docket generally*.

When a plaintiff fails to prosecute an action or fails to comply with a court order, the court may dismiss the action pursuant to Fed. R. Civ. P. 41(b). **IT IS**

**ORDERED** that Ashfield shall show cause, on or before **June 29, 2023**, why this action should not be dismissed pursuant to Fed. R. Civ. P. 41(b) in that he has failed to prosecute this action. If Ashfield fails to show cause, we may deem him to have abandoned this lawsuit, and we may recommend the dismissal of this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
