## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ASHFIELD, | : | Civil No. 1:22-CV-01369 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| SCHUYLKILL COUNTY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

July 6, 2023

On June 29, 2023, Ashfield filed a motion for default judgment. *Doc. 12*.

Ashfield, however, failed to first seek entry of default pursuant to Fed. R. Civ. P.

55(a).  Accordingly, **IT IS ORDERED** that the motion for default judgment (*doc.

12*) is **DENIED** without prejudice to Ashfield refiling a motion for default

judgment at the proper procedural posture.


*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge