Arthur L. Bugay, Esquire
LAW OFFICES OF ARTHUR L. BUGAY
& ASSOCIATES, P.C.
PA Attorney ID No. 62251
Times Building
Suburban Square
32 Parking Plaza, Suite 401
Ardmore, PA 19003
(215) 571-4984
(215) 240-6148
arthur@albinjurylaw.com

## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ASHFIELD, | : | |
| | : | |
| Plaintiff | : | Civil Action No. 1:22-cv-01369 |
| | : | |
| v. | : | |
| | : | |
| SCHUYLKILL COUNTY, *et al* | : | |
| | : | |
| Defendants | : | |

## **PRAECIPE TO ATTACH**

TO THE CLERK OF COURT:

      Kindly Append the attached Proposed Order to Plaintiff's Filed Second Rule 55 Motion for Default Judgment, Document No. 17.

      Respectfully submitted,

BY: *Arthur Bugay*
ARTHUR L. BUGAY, ESQUIRE
Times Building, Suburban Square
32 Parking Plaza, Suite 401
Ardmore, PA 19003
(215) 571-4984
(215) 240-6148
arthur@albinjurylaw.com